IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MATTSON, | 1:13-cv-00567-LJO-DLB (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |

Plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 19, 2013. On May 22, 2013, pursuant to Court order, Plaintiff filed a motion seeking leave to proceed in forma pauperis. However, the form application he submitted lacks the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available. 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

-1-

1    3.    The failure to comply with this order will result in dismissal of this action, without
2 prejudice.

4        IT IS SO ORDERED.
5        Dated:   **May 28, 2013**                    **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE