1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11  STEVE MATTSON,                        )  Case No.: 1:13cv0567 AWI DLB (PC)
                                          )
12           Plaintiff,                   )
                                          )
13      v.                                )  FINDINGS AND RECOMMENDATIONS
                                          )  REGARDING PLAINTIFF'S MOTION FOR
14  CDCR, et al.,                         )  TEMOPORARY RESTRAINING ORDER
                                          )
15           Defendants.                  )  THIRTY-DAY DEADLINE
                                          )
16  _____     )

17        Plaintiff Steve Mattson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

18  in this civil rights action pursuant to 28 U.S.C. § 1983.  Plaintiff filed this action on April 19, 2013.

19  By separate order, Plaintiff's complaint has been dismissed with leave to amend.

20        In conjunction with his complaint, Plaintiff filed a motion seeking a temporary restraining

21  order and preliminary injunction to ensure that he receives necessary medical care.  He states that he is

22  being denied access to an orthopedic specialist and pain management since his arrival at Kern Valley

23  State Prison.

24        A preliminary injunction is an extraordinary remedy never awarded as of right.  Winter v.

25  Natural Resources Defense Council, Inc., 555 U.S. 7, 24, 129 S.Ct. 365, 376 (2008) (citation and

26  quotation marks omitted).  For each form of relief sought in federal court, Plaintiff must establish

27  standing.  Summers v. Earth Island Institute, 555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009) (citation

28  omitted); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010) (citation omitted).

1

1    This requires Plaintiff to show that he is under threat of suffering an injury in fact that is

2  concrete and particularized; the threat must be actual and imminent, not conjectural or hypothetical; it

3  must be fairly traceable to challenged conduct of the defendant; and it must be likely that a favorable

4  judicial decision will prevent or redress the injury.  Summers, 129 S.Ct. at 1149 (quotation marks and

5  citation omitted); Mayfield, 599 F.3d at 969.  Further, any award of equitable relief is governed by the

6  Prison Litigation Reform Act, which provides in relevant part, "Prospective relief in any civil action

7  with respect to prison conditions shall extend no further than necessary to correct the violation of the

8  Federal right of a particular plaintiff or plaintiffs.  The court shall not grant or approve any prospective

9  relief unless the court finds that such relief is narrowly drawn, extends no further than necessary to

10  correct the violation of the Federal right, and is the least intrusive means necessary to correct the

11  violation of the Federal right."  18 U.S.C. § 3626(a)(1)(A).

12    In a separate order issued concurrently with this order, the Court dismissed Plaintiff's

13  complaint with leave to amend.  Until Plaintiff files an amended complaint and the Court is able to

14  determine which claims are cognizable and appropriately raised in this action, the Court lacks

15  jurisdiction to issue any preliminary injunctions.  18 U.S.C. § 3626(a)(1)(A); Summers, 129 S.Ct. at

16  1149; Mayfield, 599 F.3d at 969.

17                                        **RECOMMENDATION**

18    For these reasons, the Court RECOMMENDS that Plaintiff's Motion for a Temporary

19  Restraining Order and Preliminary Injunction be DENIED WITHOUT PREJUDICE.

20    These Findings and Recommendations are submitted to the United States District Judge

21  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty (30) days after

22  being served with these Findings and Recommendations, Plaintiff may file written objections with the

23  court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and

24  ///

25  ///

26  ///

27

28

2

1    Recommendations." Plaintiff is advised that failure to file objections within the specified time may

2    waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153, 1157 (9th Cir.

3    1991).

4

5    IT IS SO ORDERED.

6      Dated:    **June 26, 2013**                 /s/ *Dennis L. Beck*

7                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28