# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MATTSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. LOPEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00567 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(Document 13) |

Plaintiff Steve Mattson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion for Temporary Restraining Order on April 19, 2013. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 26, 2013, the Magistrate Judge issued Findings and Recommendations to deny Plaintiff' motion. The Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff did not file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The Findings and Recommendations, filed June 26, 2013, are ADOPTED in full; and

3 | 2. Plaintiff's Motion for Temporary Restraining Order (Document 3) is DENIED.

IT IS SO ORDERED.

Dated: **August 8, 2013**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE