UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MATTSON,<br><br>     Plaintiff,<br><br>vs.<br><br>S. LOPEZ, *et al.*,<br><br>     Defendants. | Case No. 1:13-cv-00567-RRB<br><br>**ORDER DENYING**<br>**MOTION AT DOCKET 30** |

At **Docket 30** Plaintiff Steve Mattson has moved under Federal Rule of Civil Procedure 35 for an order to be examined by an outside doctor not under contract with the California Department of Corrections and Rehabilitation. Mattson argues that his last orthopedic examination was in 2007 and that such an examination is necessary to produce evidence for trial. Rule 35, by its very language and nature, is intended to compel a party to submit to a physical or mental examination, not to appoint an outside doctor. Mattson's motion appears to be one requesting the Court to appoint an expert, which is governed by Federal Rule of Evidence 706.

Accordingly, the Motion for Order to be Examined by an Outside Doctor at **Docket 30** is **DENIED**, without prejudice to renewal in accordance with Federal Rule of Evidence 706.

IT IS SO ORDERED this 1st day of April, 2014.

                                        S/ RALPH R. BEISTLINE
                                        UNITED STATES DISTRICT JUDGE