UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MATTSON,<br><br>    Plaintiff,<br><br>vs.<br><br>S. LOPEZ, *et al.*,<br><br>    Defendants. | Case No. 1:13-cv-00567-RRB<br><br>**ORDER GRANTING MOTION<br>AT DOCKET 45** |

At **Docket 45** Plaintiff Steve Mattson has moved to extend the time within which to respond to Defendants' motion for summary judgment. Defendants do not oppose the motion.[1] Accordingly, the time within which Plaintiff must serve and file his opposition to Defendants' motion for summary judgment is hereby extended through and including **December 31, 2014**.

**IT IS SO ORDERED** this 4th day of November, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] Docket 46.